# EXHIBIT A

## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## COURT OF COMMON PLEAS OF PHILADELPHIA

*Filed and Attested by the Office of Judicial Records 01 AUG 2023 03:21 pm G. IMPERATO*

EVERETT MANETH AND TERRA MANETH, HIS WIFE,
PLAINTIFFS,

VS.                                          NO. _____

NORFOLK SOUTHERN RAILWAY COMPANY AND
NORFOLK SOUTHERN CORPORATION,
DEFENDANTS                        JURY TRIAL DEMANDED

**NOTICE TO DEFEND**

| **NOTICE** | **AVISO** |
|---|---|
| You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you. | Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| *You should take this paper to your lawyer at once.  If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado immediatamente.  Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio.  Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra abajo para averiguar donde se puede conseguir asistencia legal.* |
| **Philadelphia Bar Association**<br>**Lawyer Referral**<br>**and Information Service**<br>**One Reading Center**<br>**Philadelphia, Pennsylvania  19107**<br>**(215) 238-6333**<br>**TTY (215) 451-6197** | **Asociacion De Licenciados**<br>**De Filadelfia**<br>**Servicio De Referencia E**<br>**Informacion Legal**<br>**One Reading Center**<br>**Filadelfia, Pennsylvania  19107**<br>**(215) 238-6333**<br>**TTY (215) 451-6197** |

**10-284**

**IN THE COURT OF COMMON PLEAS**
**PHILADELPHIACOUNTY, PENNSYLVANIA**
**CIVIL DIVISION – LAW**

EVERETT MANETH AND
TERRA MANETH, HIS WIFE,
                    PLAINTIFFS,

          VS.

NORFOLK SOUTHERN RAILWAY
COMPANY AND NORFOLK SOUTHERN
CORPORATION,
                 DEFENDANTS.

:
:
:
:
:
:
:
:
:
:
:
:
:

NO. _____

 

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiffs, Everett Maneth and Terra Maneth, his Wife, by their Attorney, Michael B.

Smith, of Fanelli, Evans, & Patel, P.C., file this Complaint against Defendants, Norfolk Southern

Railway Company and Norfolk Southern Corporation, based upon the following causes of

action:

### THE PARTIES

1.    The Plaintiffs, Everett Maneth and Terra Maneth, his Wife, are adult individuals

residing at 19 West 8th Avenue, Shamokin Dam, Northumberland County, Pennsylvania, 17876.

2.    Defendant Norfolk Southern Railway Company (hereinafter referred to

collectively with Co-Defendant Norfolk Southern Corporation as Defendant Norfolk) is a

Georgia Corporation authorized to do business in the Commonwealth of Pennsylvania with a

principal office located at 650 West Peachtree Street NW, Atlanta, Georgia, 30308.

3.    Defendant Norfolk Southern Corporation (hereinafter referred to collectively with

Co-Defendant Norfolk Southern Railway Company as Defendant Norfolk) is a Georgia

Corporation authorized to do business in the Commonwealth of Pennsylvania with a principal

1

office located at 650 West Peachtree Street NW, Atlanta, Georgia, 30308.

4.    At all relevant times, Defendant Norfolk was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency, services and/or employment with Defendant Norfolk.

## VENUE

5.    Venue is proper in the Court of Common Pleas of Philadelphia County because the Defendants regularly conduct business in Philadelphia County.

## THE AUGUST 10, 2021 INCIDENT

6.    At all relevant times, Plaintiff Everett Maneth was employed by HRI, Inc.

7.    HRI, Inc. was contracted by the Pennsylvania Department of Transportation to construct a new bridge and highway in Emmaus, Lehigh County, Pennsylvania, as well as demolish an old bridge ("the Project").

8.    The old bridge was suspended over railroad tracks owned and operated by Defendant Norfolk Southern.

9.    At all times during the project, Defendant Norfolk Southern was required to provide flaggers onsite to alert people working on the bridge when a train was approaching.

10.    On or about August 10, 2021, Plaintiff Everett Maneth was working on a manlift approximately twenty-five to thirty-five feet above the ground.

11.    Plaintiff Everett Maneth was jackhammering cement from the old bridge which spanned above both active railroad tracks owned by Defendant Norfolk.

12.    Prior to August 10, 2021, Defendant Norfolk had flaggers on site, as required, to notify persons working on the Project of the presence of oncoming trains.

2

13.     On August 10, 2021, Defendant Norfolk failed to ensure a flagger was onsite, at the appropriate location, performing appropriate flagging duties.

14.     At approximately 10:22 a.m. on August 10, 2021, unbeknownst to Plaintiff Everett Maneth, a train was fast approaching his work area while he was suspended twenty-five to thirty-five feet in the air.

15.     Plaintiff Everett Maneth was unable to hear the train as he was using a jackhammer and was never notified or warned by a Norfolk Southern flagger that a train was coming.

16.     Plaintiff Everett Maneth heard a nearby co-worker scream that a train was coming and only had seconds to make a life-saving decision.

17.     Plaintiff Everett Maneth immediately dropped the jackhammer, unhooked himself from the bucket and jumped off of the manlift five to six feet to the bridge deck below, before the train violently struck the manlift next to him.

18.     Plaintiff Everett Maneth forcefully landed on the deck causing severe injuries.

19.     As a result of Defendants' recklessness, carelessness, and negligence, Plaintiff Everett Maneth was dazed and confused immediately following the crash.

20.     As a further result of Defendants' recklessness, carelessness, and negligence, a few days later Plaintiff Everett Maneth lost all sensation and motor function in his left leg and fell to the ground, at which time he called HRI's safety department and was sent to Mid-State Health for treatment.

21.     As a further result of the reckless, careless, and negligent conduct of the Defendant, Plaintiff Everett Maneth was diagnosed with a left sided disc herniation at L5-S1,

Case ID: 230800115

with impingement at the S1 level, sharp low back pain, instability, numbness, tingling, pain radiating into his leg and numbness in his foot, left foot paresthesia, lumbar contusion, sprain and strain, lumbar radiculopathy and sacroiliitis.

22.     As a further result of the reckless, careless, and negligent conduct of the Defendant, Plaintiff Everett Maneth sought treatment with a psychologist, performed intense physical therapy and received injections in his back, which therapy and injections he will continue to receive in the future.

23.     At all relevant times, Defendants individually and/or by and through their agents, servants, workmen, independent contractors, and/or employees had a duty to provide flaggers on the Project and ensure that all persons working on the Project were notified if a train were approaching.

24.     As a direct and proximate result of the recklessness, negligence and carelessness of Defendant Norfolk, Plaintiff Everett Maneth sustained severe and permanent injuries as more fully set forth above.

## COUNT I

Everett Maneth vs. Norfolk Southern Railway Company
and Norfolk Southern Corporation

25.     Plaintiff Everett Maneth incorporates paragraphs 1 through 24 herein and makes them a part hereof.

26.     Upon information and belief, on or about August 10, 2021, Defendant Norfolk controlled, operated, managed, maintained, or had a duty to operate, manage and/or maintain, by and/or through its agents, servants, and/or employees the active railroad tracks, in particular the area where Plaintiff Everett Maneth was working, and to provide flagging services to alert

Case ID: 230800115

persons working on the project that a train was approaching.

27.    On August 10, 2021, Defendant Norfolk was required to have a railroad flagger at all times on the Project.

28.    At all times relevant, Defendant Norfolk created a dangerous and potentially deadly situation for all HRI's employees, in particular Plaintiff Everett Maneth, by removing their flagger from the Project, by failing to ensure a flagger was present at the Project, by failing to ensure the flagger was properly trained, and/or by failing to ensure the flagger was at the appropriate location.

29.    At all times relevant, Defendant Norfolk failed to provide flaggers to warn HRI crew members, in particular Plaintiff Everett Maneth, of oncoming trains.

30.    The recklessness, negligence and carelessness of Defendant Norfolk consisted of the following:

      a.    Failing to follow its own policies and procedures for safety protocol of persons on or near the railroad tracks;

      b.    Failing to provide railroad flaggers to warn HRI crew members, and in particular Plaintiff Everett Maneth, of oncoming trains

      c.    Failing to provide railroad flaggers with air horns;

      d.    Failing to provide communication with the train engineer of the train schedule;

      e.    By permitting persons to work in a dangerous and potentially deadly situation without concern for their safety;

      f.    Failing to warn Plaintiff Everett Maneth of the dangerous and potentially

deadly situation;

        g.      Failing to inspect the work area to make sure it was safe and free of danger;

        h.      Failing to have proper policies and procedures in place to warn persons working on the bridge;

        i.      Negligent hiring, supervision, and training of employees, agents, servants, and workmen;

        j.      Failing to ensure proper safety protocols were in place to avoid its trains colliding with persons working on the bridge;

        k.      Failing to properly train its flaggers;

        l.      Failing to ensure the flaggers were at the appropriate location;

        m.      Failing to ensure the flaggers were performing their tasks correctly; and,

        n      Failing to supervise the flaggers.

      31.      As a result of the recklessness, carelessness and negligence of Defendant Norfolk Plaintiff Everett Maneth suffered a left sided disc herniation at L5-S1, with impingement at the S1 level, sharp low back pain, instability, numbness, tingling, pain radiating into his leg and numbness in his foot, left foot paresthesia, lumbar contusion, sprain and strain, lumbar radiculopathy and sacroiliitis.

      32.      As a further result of the recklessness, carelessness and negligence of Defendant Norfolk, Plaintiff Everett Maneth was forced to incur liability for medical treatment, medications, hospitalizations and similar miscellaneous expenses in an effort to restore herself to health, and claim is made therefor.

Case ID: 230800115

33.    As a further result of the recklessness, carelessness and negligence of Defendant Norfolk, Plaintiff Everett Maneth has endured mental and emotional pain, suffering, anxiety, anguish, and distress; has suffered embarrassment and humiliation; has lost the ability to enjoy the pleasures of life; and Plaintiff asserts a claim for those damages as non-economic losses in this case

34.    As a further result of the recklessness, carelessness and negligence of Defendant Norfolk, Plaintiff Everett Maneth has been and, in the future, will be subject to great humiliation and embarrassment, and claim is made therefor.

35.    As the result of Plaintiff's permanent disability and limitations, Plaintiff has suffered the loss of his past and future earnings, and has suffered a permanent reduction in his future earning capacity, and Plaintiff Everett Maneth asserts a claim for those losses as elements of damage in this case.

WHEREFORE, Plaintiff Everett Maneth respectfully requests this Honorable Court to enter judgment in his favor, against Defendant Norfolk in an amount in excess of the amount set for the limits of arbitration, plus costs, interest, and delay damages.

## COUNT II

### Consortium

Terra Maneth vs. Norfolk Southern Railway Company and
Norfolk Southern Corporation

36.    Paragraphs 1 through 35 above are incorporated by reference as if fully set forth herein.

37.    As a result of the carelessness and negligence of Defendants, the Plaintiff, Terra Maneth, has been deprived of the comfort, support and maintenance of her husband, Evert

7

Maneth, and has suffered a loss of consortium.

WHEREFORE, the Plaintiff, Terra Maneth, demands judgment against Defendant

Norfolk in an amount in excess of the amount set for the limits of arbitration, plus costs, interest,

delay damages, attorney's fees, and any other relief deemed reasonable by this Honorable Court.

LAW OFFICES
FANELLI, EVANS & PATEL, P.C.

DATE:   AUGUST 1, 2023

MICHAEL B. SMITH, ESQUIRE
I.D. No. 207158
No. 1 Mahantongo Street
Pottsville, PA   17901
P. (570) 622-2455
F. (570) 622-5336
E: msmith@feplawyers.com
*Attorney for Plaintiffs*

8

## VERIFICATION

We, Everett Maneth and Terra Maneth, hereby verify that the facts set forth in the

Complaint are true and correct to the best of our personal knowledge, information, and belief.

We further understand that false statements herein are made subject to the penalties of 18 Pa.

C.S. Section 4904 relating to unsworn falsifications to authorities.

EVERETT MANETH

TERRA MANETH

Case ID: 230800115

**IN THE COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY, PENNSYLVANIA**
**CIVIL DIVISION – LAW**

| | | |
|---|---|---|
| EVERETT MANETH AND | : | |
| TERRA MANETH, HIS WIFE, | : | |
|            PLAINTIFFS, | : | |
| | : | |
|       VS. | : | NO. _____ |
| | : | |
| NORFOLK SOUTHERN RAILWAY | : | |
| COMPANY AND NORFOLK SOUTHERN | : | |
| CORPORATION, | : | |
|           DEFENDANTS. | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF COMPLIANCE

I, Michael B. Smith, Esquire, certify that on behalf of the Plaintiffs, the attached

Complaint complies with the provisions of the Public Access Policy of the Unified Judicial

System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing

confidential information and documents differently than non-confidential information and

documents.

LAW OFFICES
FANELLI, EVANS & PATEL, P.C.

DATE:  AUGUST 1, 2023

          _____
MICHAEL B. SMITH, ESQUIRE
I.D. No. 207158
No. 1 Mahantongo Street
Pottsville, PA  17901
P. (570) 622-2455
F. (570) 622-5336
E: msmith@feplawyers.com
*Attorney for Plaintiffs*



### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### COURT OF COMMON PLEAS OF PHILADELPHIA

EVERETT MANETH AND TERRA MANETH, HIS WIFE,
PLAINTIFFS,

VS.

NO. _____

NORFOLK SOUTHERN RAILWAY COMPANY AND
NORFOLK SOUTHERN CORPORATION,
                              DEFENDANTS

JURY TRIAL DEMANDED

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197**

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197**

10-284

Case ID: 230800115

**IN THE COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY, PENNSYLVANIA**
**CIVIL DIVISION – LAW**

EVERETT MANETH AND     :
TERRA MANETH, HIS WIFE,    :
       PLAINTIFFS,  :
             :
    VS.       :  NO. _____
             :
NORFOLK SOUTHERN RAILWAY   :
COMPANY AND NORFOLK SOUTHERN :
CORPORATION,       :
      DEFENDANTS. :  JURY TRIAL DEMANDED

## COMPLAINT

   Plaintiffs, Everett Maneth and Terra Maneth, his Wife, by their Attorney, Michael B.

Smith, of Fanelli, Evans, & Patel, P.C., file this Complaint against Defendants, Norfolk Southern

Railway Company and Norfolk Southern Corporation, based upon the following causes of

action:

## THE PARTIES

   1.  The Plaintiffs, Everett Maneth and Terra Maneth, his Wife, are adult individuals

residing at 19 West 8th Avenue, Shamokin Dam, Northumberland County, Pennsylvania, 17876.

   2.  Defendant Norfolk Southern Railway Company (hereinafter referred to

collectively with Co-Defendant Norfolk Southern Corporation as Defendant Norfolk) is a

Georgia Corporation authorized to do business in the Commonwealth of Pennsylvania with a

principal office located at 650 West Peachtree Street NW, Atlanta, Georgia, 30308.

   3.  Defendant Norfolk Southern Corporation (hereinafter referred to collectively with

Co-Defendant Norfolk Southern Railway Company as Defendant Norfolk) is a Georgia

Corporation authorized to do business in the Commonwealth of Pennsylvania with a principal

<center>1</center>

Case ID: 230800115

office located at 650 West Peachtree Street NW, Atlanta, Georgia, 30308.

4.      At all relevant times, Defendant Norfolk was acting by and through its agents,
servants and/or employees who were acting within the course and scope of their agency, services
and/or employment with Defendant Norfolk.

## VENUE

5.      Venue is proper in the Court of Common Pleas of Philadelphia County because
the Defendants regularly conduct business in Philadelphia County.

## THE AUGUST 10, 2021 INCIDENT

6.      At all relevant times, Plaintiff Everett Maneth was employed by HRI, Inc.

7.      HRI, Inc. was contracted by the Pennsylvania Department of Transportation to
construct a new bridge and highway in Emmaus, Lehigh County, Pennsylvania, as well as
demolish an old bridge ("the Project").

8.      The old bridge was suspended over railroad tracks owned and operated by
Defendant Norfolk Southern.

9.      At all times during the project, Defendant Norfolk Southern was required to
provide flaggers onsite to alert people working on the bridge when a train was approaching.

10.     On or about August 10, 2021, Plaintiff Everett Maneth was working on a manlift
approximately twenty-five to thirty-five feet above the ground.

11.     Plaintiff Everett Maneth was jackhammering cement from the old bridge which
spanned above both active railroad tracks owned by Defendant Norfolk.

12.     Prior to August 10, 2021, Defendant Norfolk had flaggers on site, as required, to
notify persons working on the Project of the presence of oncoming trains.

13.     On August 10, 2021, Defendant Norfolk failed to ensure a flagger was onsite, at the appropriate location, performing appropriate flagging duties.

14.     At approximately 10:22 a.m. on August 10, 2021, unbeknownst to Plaintiff Everett Maneth, a train was fast approaching his work area while he was suspended twenty-five to thirty-five feet in the air.

15.     Plaintiff Everett Maneth was unable to hear the train as he was using a jackhammer and was never notified or warned by a Norfolk Southern flagger that a train was coming.

16.     Plaintiff Everett Maneth heard a nearby co-worker scream that a train was coming and only had seconds to make a life-saving decision.

17.     Plaintiff Everett Maneth immediately dropped the jackhammer, unhooked himself from the bucket and jumped off of the manlift five to six feet to the bridge deck below, before the train violently struck the manlift next to him.

18.     Plaintiff Everett Maneth forcefully landed on the deck causing severe injuries.

19.     As a result of Defendants' recklessness, carelessness, and negligence, Plaintiff Everett Maneth was dazed and confused immediately following the crash.

20.     As a further result of Defendants' recklessness, carelessness, and negligence, a few days later Plaintiff Everett Maneth lost all sensation and motor function in his left leg and fell to the ground, at which time he called HRI's safety department and was sent to Mid-State Health for treatment.

21.     As a further result of the reckless, careless, and negligent conduct of the Defendant, Plaintiff Everett Maneth was diagnosed with a left sided disc herniation at L5-S1,

3

with impingement at the S1 level, sharp low back pain, instability, numbness, tingling, pain

radiating into his leg and numbness in his foot, left foot paresthesia, lumbar contusion, sprain and

strain, lumbar radiculopathy and sacroiliitis.

22.     As a further result of the reckless, careless, and negligent conduct of the

Defendant, Plaintiff Everett Maneth sought treatment with a psychologist, performed intense

physical therapy and received injections in his back, which therapy and injections he will

continue to receive in the future.

23.     At all relevant times, Defendants individually and/or by and through their agents,

servants, workmen, independent contractors, and/or employees had a duty to provide flaggers on

the Project and ensure that all persons working on the Project were notified if a train were

approaching.

24.     As a direct and proximate result of the recklessness, negligence and carelessness

of Defendant Norfolk, Plaintiff Everett Maneth sustained severe and permanent injuries as more

fully set forth above.

<div align="center">

**COUNT I**

Everett Maneth vs. Norfolk Southern Railway Company
and Norfolk Southern Corporation

</div>

25.     Plaintiff Everett Maneth incorporates paragraphs 1 through 24 herein and makes

them a part hereof.

26.     Upon information and belief, on or about August 10, 2021, Defendant Norfolk

controlled, operated, managed, maintained, or had a duty to operate, manage and/or maintain, by

and/or through its agents, servants, and/or employees the active railroad tracks, in particular the

area where Plaintiff Everett Maneth was working, and to provide flagging services to alert

<div align="center">4</div>

persons working on the project that a train was approaching.

27.    On August 10, 2021, Defendant Norfolk was required to have a railroad flagger at all times on the Project.

28.    At all times relevant, Defendant Norfolk created a dangerous and potentially deadly situation for all HRI's employees, in particular Plaintiff Everett Maneth, by removing their flagger from the Project, by failing to ensure a flagger was present at the Project, by failing to ensure the flagger was properly trained, and/or by failing to ensure the flagger was at the appropriate location.

29.    At all times relevant, Defendant Norfolk failed to provide flaggers to warn HRI crew members, in particular Plaintiff Everett Maneth, of oncoming trains.

30.    The recklessness, negligence and carelessness of Defendant Norfolk consisted of the following:

    a.    Failing to follow its own policies and procedures for safety protocol of persons on or near the railroad tracks;

    b.    Failing to provide railroad flaggers to warn HRI crew members, and in particular Plaintiff Everett Maneth, of oncoming trains

    c.    Failing to provide railroad flaggers with air horns;

    d.    Failing to provide communication with the train engineer of the train schedule;

    e.    By permitting persons to work in a dangerous and potentially deadly situation without concern for their safety;

    f.    Failing to warn Plaintiff Everett Maneth of the dangerous and potentially

5

deadly situation;

      g.     Failing to inspect the work area to make sure it was safe and free of danger;

      h.     Failing to have proper policies and procedures in place to warn persons working on the bridge;

      i.     Negligent hiring, supervision, and training of employees, agents, servants, and workmen;

      j.     Failing to ensure proper safety protocols were in place to avoid its trains colliding with persons working on the bridge;

      k.     Failing to properly train its flaggers;

      l.     Failing to ensure the flaggers were at the appropriate location;

      m.     Failing to ensure the flaggers were performing their tasks correctly; and,

      n     Failing to supervise the flaggers.

      31.     As a result of the recklessness, carelessness and negligence of Defendant Norfolk Plaintiff Everett Maneth suffered a left sided disc herniation at L5-S1, with impingement at the S1 level, sharp low back pain, instability, numbness, tingling, pain radiating into his leg and numbness in his foot, left foot paresthesia, lumbar contusion, sprain and strain, lumbar radiculopathy and sacroiliitis.

      32.     As a further result of the recklessness, carelessness and negligence of Defendant Norfolk, Plaintiff Everett Maneth was forced to incur liability for medical treatment, medications, hospitalizations and similar miscellaneous expenses in an effort to restore herself to health, and claim is made therefor.

Case ID: 230800115

33.     As a further result of the recklessness, carelessness and negligence of Defendant Norfolk, Plaintiff Everett Maneth has endured mental and emotional pain, suffering, anxiety, anguish, and distress; has suffered embarrassment and humiliation; has lost the ability to enjoy the pleasures of life; and Plaintiff asserts a claim for those damages as non-economic losses in this case

34.     As a further result of the recklessness, carelessness and negligence of Defendant Norfolk, Plaintiff Everett Maneth has been and, in the future, will be subject to great humiliation and embarrassment, and claim is made therefor.

35.     As the result of Plaintiff's permanent disability and limitations, Plaintiff has suffered the loss of his past and future earnings, and has suffered a permanent reduction in his future earning capacity, and Plaintiff Everett Maneth asserts a claim for those losses as elements of damage in this case.

WHEREFORE, Plaintiff Everett Maneth respectfully requests this Honorable Court to enter judgment in his favor, against Defendant Norfolk in an amount in excess of the amount set for the limits of arbitration, plus costs, interest, and delay damages.

## COUNT II

### Consortium

Terra Maneth vs. Norfolk Southern Railway Company and
Norfolk Southern Corporation

36.     Paragraphs 1 through 35 above are incorporated by reference as if fully set forth herein.

37.     As a result of the carelessness and negligence of Defendants, the Plaintiff, Terra Maneth, has been deprived of the comfort, support and maintenance of her husband, Evert

7

Maneth, and has suffered a loss of consortium.

WHEREFORE, the Plaintiff, Terra Maneth, demands judgment against Defendant

Norfolk in an amount in excess of the amount set for the limits of arbitration, plus costs, interest,

delay damages, attorney's fees, and any other relief deemed reasonable by this Honorable Court.

<div style="margin-left: 40%;">
LAW OFFICES<br>
FANELLI, EVANS & PATEL, P.C.
</div>

DATE:   AUGUST 1, 2023

<div style="margin-left: 40%;">
MICHAEL B. SMITH, ESQUIRE<br>
I.D. No. 207158<br>
No. 1 Mahantongo Street<br>
Pottsville, PA   17901<br>
P. (570) 622-2455<br>
F. (570) 622-5336<br>
E: msmith@feplawyers.com<br>
<em>Attorney for Plaintiffs</em>
</div>

8

Case ID: 230800115

## VERIFICATION

We, Everett Maneth and Terra Maneth, hereby verify that the facts set forth in the

Complaint are true and correct to the best of our personal knowledge, information, and belief.

We further understand that false statements herein are made subject to the penalties of 18 Pa.

C.S. Section 4904 relating to unsworn falsifications to authorities.

EVERETT MANETH

TERRA MANETH

Case ID: 230800115

**IN THE COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY, PENNSYLVANIA**
**CIVIL DIVISION – LAW**

EVERETT MANETH AND       :
TERRA MANETH, HIS WIFE,     :
           PLAINTIFFS,   :
                       :
        VS.         :   NO. _____
                       :
NORFOLK SOUTHERN RAILWAY  :
COMPANY AND NORFOLK SOUTHERN :
CORPORATION,           :
         DEFENDANTS.  :   JURY TRIAL DEMANDED

## CERTIFICATE OF COMPLIANCE

I, Michael B. Smith, Esquire, certify that on behalf of the Plaintiffs, the attached

Complaint complies with the provisions of the Public Access Policy of the Unified Judicial

System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing

confidential information and documents differently than non-confidential information and

documents.

                               LAW OFFICES
                               FANELLI, EVANS & PATEL, P.C.

DATE:  AUGUST 1, 2023             _____
                               MICHAEL B. SMITH, ESQUIRE
                               I.D. No. 207158
                               No. 1 Mahantongo Street
                               Pottsville, PA  17901
                               P. (570) 622-2455
                               F. (570) 622-5336
                               E: msmith@feplawyers.com
                               *Attorney for Plaintiffs*