IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVERETT MANETH, et. al. | : | CIVIL ACTION |
| v. | : | NO. 5:23cv3209 |
| NORFOLK SOUTHERN RAILWAY COMPANY, et. al. | : | |

## **MOTION AND ORDER**

AND NOW, this 12th day of January, 2024, the Court having received a letter request from Defendant(s) to reschedule the settlement conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

BY THE COURT:

/s/ Craig M. Straw

_____
CRAIG M. STRAW, J.
UNITED STATES MAGISTRATE JUDGE