UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT MANETH AND<br>TERRA MANETH, HIS WIFE,<br>   PLAINTIFFS, | :<br>:<br>: |
| VS. | :   NO. 5:23-CV-3209 |
| NORFOLK SOUTHERN RAILWAY<br>COMPANY AND NORFOLK SOUTHERN<br>CORPORATION,<br>   DEFENDANTS. | :<br>:   JUDGE EDWARD G. SMITH<br>:<br>:   JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

The Plaintiffs, Everett Maneth and Terra Maneth, his wife, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

_____
Michael B. Smith, Esquire
Fanelli, Evans & Patel, PC
1 Mahantongo Street
Pottsville, PA  17901
Email: msmith@feplawyers.com
**Attorney for Plaintiffs**

_____
Joshua D. Bonn, Esquire
Nauman, Smith, Shisser & Hall, LLP
200 North Third Street, 18th Floor
Harrisburg, PA  17108
Email: jbonn@nssh.com
**Attorney for Defendants**

DATED:  February 19, 2024